Baron JOHNSON, Plaintiff–Appellant

v.

James M. LEBLANC; Richard L. Stalder; Johnny Creed; Harvey State Building; Bureau of Human Rights, Department of Health and Hospitals; et al., Defendants–Appellees.

No. 10–30753

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 22, 2011.

Baron Johnson, Marrero, LA, pro se.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Baron Johnson, a former Louisiana state prisoner, appearing pro se and in forma pauperis, appeals the district court's dismissal of his civil action against various public officials, entities, and buildings. The district court dismissed Johnson's complaint for failure to set forth a comprehensible cause of action. Johnson fails to provide a coherent argument that adequately addresses the district court's analysis of this issue. *See* FED. R.APP. P.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

28(a)(9); *Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir.1987). As Johnson has failed to adequately brief a challenge to the district court's decision, his appeal is without arguable merit and, therefore, is dismissed as frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir.1983); 5TH CIR. R. 42.2.

Johnson is warned that the filing of further frivolous appeals will result in sanctions. *See Farguson v. MBank Houston, N.A.*, 808 F.2d 358, 359–60 (5th Cir.1986). These sanctions may include dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court and any court subject to this court's jurisdiction.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.